RUTAN & TUCKER, LLP
RICHARD K. HOWELL (SBN 144241)
DAVID H. HOCHNER (SBN 105835)
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1998
(714) 641-5100

Attorneys for Plaintiff DENNIS K. RODMAN, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS K. RODMAN, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CHAMPIONSHIP WRESTLING, INC., a Georgia corporation,<br><br>Defendant. | Case No. SA CV 98-1041-DOC(ANx)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION PENDING CONSUMMATION OF THE SETTLEMENT BETWEEN PLAINTIFF DENNIS K. RODMAN, INC. AND DEFENDANT WORLD CHAMPIONSHIP WRESTLING, INC.<br><br>Courtroom of the Honorable David O. Carter |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

088/016667-0023/3240363.1 a02/10/99

1 WHEREAS, plaintiff Dennis K. Rodman, Inc. ("Rodman") and defendant World
2 Championship Wrestling, Inc. ("WCW") still are in the process of attempting to resolve this
3 case through a settlement, and

4 WHEREAS, Rodman and WCW previously entered into a stipulation to request that
5 the Court enter an order staying these proceedings pending the parties' attempts to reach a
6 settlement of this matter, and

7 WHEREAS, the Court previously entered an order staying proceedings in this matter
8 up to and including February 12, 1999, pursuant to the parties' previous stipulation to stay
9 proceedings in this matter, and

10 WHEREAS, Rodman and WCW believe, even though their previous time estimate
11 for consummating the settlement of this matter turned out to be too optimistic, that they will
12 nevertheless consummate the settlement of this matter within the next two weeks and that this
13 lawsuit will be dismissed upon consummation of the settlement, and

14 WHEREAS, Rodman and WCW believe, reasonably and in good faith, that there
15 will be no further need to continue with this litigation in light of the prospective settlement
16 between Rodman and WCW, and

17 WHEREAS, adjudication of the Order to Show Cause on Forum-Selection Clause is
18 likely to become unnecessary in light of the prospective settlement of this matter, and

19 WHEREAS, in light of the prospective settlement, neither party at this time wishes
20 to incur the expense of submitting additional papers to the Court regarding the Order to Show
21 Cause notwithstanding the Court's entry of an order based on the parties' previous Stipulation
22 and [Proposed] Order Granting Leave to Plaintiff Dennis K. Rodman, Inc. and to Defendant
23 World Championship Wrestling, Inc. to File Additional Papers in Conjunction with the
24 Court's Order to Show Cause re Possible Transfer of this Action, although the parties wish to
25 preserve the right, based on the Court's order, subsequently to submit such additional papers
26 in the event the parties, for some unanticipated reason, are unable to consummate their
27 prospective settlement,

28 IT IS HEREBY STIPULATED by and between plaintiff Dennis K. Rodman, Inc.

088/016667-0023/3240363.1 a02/10/99 -1-

and defendant World Championship Wrestling, Inc., through their respective counsel, subject to the agreement of the Court, that this action should be stayed for all purposes -- except with respect to the parties' efforts to consummate their prospective settlement and, upon consummation of the settlement, to take the necessary steps to dismiss the complaint in this action -- up to and including March 5, 1999, which provides the parties with an extra cushion of time of one week above and beyond the two-week estimate that they believe reasonably and in good faith will be required to consummate the settlement of this matter.

Dated: February 10, 1999                    RUTAN & TUCKER, LLP


By: _____
     DAVID H. HOCHNER
     Attorneys for Plaintiff
     DENNIS K. RODMAN, INC.


Dated: February 11, 1999                    LATHAM & WATKINS


By: _____
     Robert S. Leach
     Attorneys for Defendant
     WORLD CHAMPIONSHIP WRESTLING, INC.


**IT IS SO ORDERED.**

Dated: February 22, 1999                    _____
                                            THE HONORABLE DAVID O. CARTER
                                            UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Latham & Watkins, 633 West Fifth Street, Suite 4000, Los Angeles, California 90071-2007. On February 11, 1999, I served the within documents:

**Stipulation And [Proposed] Order Staying Action Pending Consummation Of The Settlement Between Plaintiff Dennis K. Rodman, Inc. And Defendant World Championship Wrestling, Inc.**

☐ I deposited the above document(s) for facsimile transmission in accordance with the office practice of Latham & Watkins for collecting and processing facsimiles. I am familiar with the office practice of Latham & Watkins for collecting, processing, and transmitting facsimiles, which practice is that when a facsimile is deposited with the Latham & Watkins personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. The facsimile of the above document(s) was transmitted to the following parties:

☒ I placed a sealed envelope or package containing the document(s) in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of U.S. Mail, with U.S. Mail postage paid, addressed as follows:

☐ I caused such envelope to be delivered by hand to the offices of the addressee(s).

Richard K. Howell, Esq.
RUTAN & TUCKER
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1998

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on February 11, 1999, at Los Angeles, California.

_Maria D. Rubino_
Maria D. Rubino

LATHAM & WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA_DOCS\326543.1