```
 1  RUTAN & TUCKER, LLP
    RICHARD K. HOWELL (SBN 144241)
 2  DAVID H. HOCHNER (SBN 105835)
    611 Anton Boulevard, Suite 1400
 3  Costa Mesa, California 92626-1998
    (714) 641-5100
 4
    Attorneys for Plaintiff DENNIS K. RODMAN, INC.
```

CLERK, U.S.
DISTRICT OF CALIFORNIA
SANTA ANA OFFICE

FILED
CLERK, U.S. DISTRICT COURT
FEB 22
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED
FEB 25 1999
CLERK,
CENTRAL D...
SA...
BY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS K. RODMAN, INC. a California corporation, | Case No. SA CV 98-1041-DOC(ANx) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER STAYING ACTION PENDING CONSUMMATION OF THE SETTLEMENT BETWEEN PLAINTIFF DENNIS K. RODMAN, INC. AND DEFENDANT WORLD CHAMPIONSHIP WRESTLING, INC. |
| vs. | |
| WORLD CHAMPIONSHIP WRESTLING, INC., a Georgia corporation, | |
| Defendant. | Courtroom of the Honorable David O. Carter |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

088/016667-0023/3240363.1 a02/10/99

1  WHEREAS, plaintiff Dennis K. Rodman, Inc. ("Rodman") and defendant World Championship Wrestling, Inc. ("WCW") still are in the process of attempting to resolve this case through a settlement, and

WHEREAS, Rodman and WCW previously entered into a stipulation to request that the Court enter an order staying these proceedings pending the parties' attempts to reach a settlement of this matter, and

WHEREAS, the Court previously entered an order staying proceedings in this matter up to and including February 12, 1999, pursuant to the parties' previous stipulation to stay proceedings in this matter, and

WHEREAS, Rodman and WCW believe, even though their previous time estimate for consummating the settlement of this matter turned out to be too optimistic, that they will nevertheless consummate the settlement of this matter within the next two weeks and that this lawsuit will be dismissed upon consummation of the settlement, and

WHEREAS, Rodman and WCW believe, reasonably and in good faith, that there will be no further need to continue with this litigation in light of the prospective settlement between Rodman and WCW, and

WHEREAS, adjudication of the Order to Show Cause on Forum-Selection Clause is likely to become unnecessary in light of the prospective settlement of this matter, and

WHEREAS, in light of the prospective settlement, neither party at this time wishes to incur the expense of submitting additional papers to the Court regarding the Order to Show Cause notwithstanding the Court's entry of an order based on the parties' previous Stipulation and [Proposed] Order Granting Leave to Plaintiff Dennis K. Rodman, Inc. and to Defendant World Championship Wrestling, Inc. to File Additional Papers in Conjunction with the Court's Order to Show Cause re Possible Transfer of this Action, although the parties wish to preserve the right, based on the Court's order, subsequently to submit such additional papers in the event the parties, for some unanticipated reason, are unable to consummate their prospective settlement,

IT IS HEREBY STIPULATED by and between plaintiff Dennis K. Rodman, Inc.

and defendant World Championship Wrestling, Inc., through their respective counsel, subject to the agreement of the Court, that this action should be stayed for all purposes -- except with respect to the parties' efforts to consummate their prospective settlement and, upon consummation of the settlement, to take the necessary steps to dismiss the complaint in this action -- up to and including March 5, 1999, which provides the parties with an extra cushion of time of one week above and beyond the two-week estimate that they believe reasonably and in good faith will be required to consummate the settlement of this matter.

Dated: February 10, 1999                         RUTAN & TUCKER, LLP


By: _____
      DAVID H. HOCHNER
      Attorneys for Plaintiff
      DENNIS K. RODMAN, INC.


Dated: February 11, 1999                          LATHAM & WATKINS


By: _____
      Robert S. Leach
      Attorneys for Defendant
      WORLD CHAMPIONSHIP WRESTLING, INC.


**IT IS SO ORDERED.**

Dated: February 22, 1999                         _____
                                                  THE HONORABLE DAVID O. CARTER
                                                  UNITED STATES DISTRICT JUDGE

088/016667-0023/3240363.1 a02/10/99                    -2-

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Latham & Watkins, 633 West Fifth Street, Suite 4000, Los Angeles, California 90071-2007. On February 11, 1999, I served the within documents:

**Stipulation And [Proposed] Order Staying Action Pending Consummation Of The Settlement Between Plaintiff Dennis K. Rodman, Inc. And Defendant World Championship Wrestling, Inc.**

☐ I deposited the above document(s) for facsimile transmission in accordance with the office practice of Latham & Watkins for collecting and processing facsimiles. I am familiar with the office practice of Latham & Watkins for collecting, processing, and transmitting facsimiles, which practice is that when a facsimile is deposited with the Latham & Watkins personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. The facsimile of the above document(s) was transmitted to the following parties:

☒ I placed a sealed envelope or package containing the document(s) in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of U.S. Mail, with U.S. Mail postage paid, addressed as follows:

☐ I caused such envelope to be delivered by hand to the offices of the addressee(s).

Richard K. Howell, Esq.
RUTAN & TUCKER
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1998

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on February 11, 1999, at Los Angeles, California.

*Maria D. Rubino*
Maria D. Rubino

LATHAM & WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA_DOCS\326543.1